# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 9, 2026

Lyle W. Cayce
Clerk

No. 25-10562

Deavrin Sneed,

*Plaintiff—Appellant*,

*versus*

Crown Equipment Corporation,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:23-CV-743

Before Richman, Higginson, and Douglas, *Circuit Judges*.
Per Curiam:[*]

Deavrin Sneed appeals the district court's decisions excluding two of his experts and granting summary judgment to Crown Equipment Corporation. Because we find no error in the district court's well-reasoned decision, we AFFIRM the judgment of the district court. See 5th Cir. R. 47.6.

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.